

NUMBERS 13-18-00280-CV AND 13-18-00313-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PROPEL FINANCIAL
SERVICES, LLC,                                                    Appellant,

v.

CONQUER LAND UTILITIES, LLC,                          Appellee.

### On appeal from the 206th District Court
### of Hidalgo County, Texas

# ORDER

**Before Chief Justice Valdez and Justices Longoria and Hinojosa
Order Per Curiam**

Appellant has filed two notices of appeal and the Court has assigned a corresponding cause number to each notice of appeal. On May 30, 2018, appellant filed a notice of appeal from a default judgment. This appeal was docketed as cause number

13-18-00280-CV. On June 7, 2018, appellant filed a second notice of appeal from orders granting turnover relief and appointing a receiver. This appeal was docketed as cause number 13-18-00313-CV. Both of these notices of appeal arise from the same trial court cause number. For purposes of judicial economy, the Court hereby consolidates these appeals for purposes of the record and briefing.

It is so ORDERED.

PER CURIAM

Delivered and filed the
20th day of September, 2018.